UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANOBEBE US INC.,<br><br>        Plaintiff,<br><br>  -against-<br><br>MAYBORN (UK) LIMITED et al.,<br><br>        Defendants. | 21-cv-08444 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  It is HEREBY ORDERED that Plaintiff Nanobebe US Inc. shall file their answering brief by **November 15, 2022**. Defendants Mayborn (UK) Limited, Mayborn USA, Inc., and Mayborn Group Limited shall file their reply by **November 30, 2022**.

  It is HEREBY ORDERED that the Court will hold a technology tutorial on **January 4, 2023** at 2:00 p.m. in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The parties shall resubmit to the Court any powerpoints or physical samples necessary for the technology tutorial.

  It is FURTHER HEREBY ORDERED that the Court will hold a Markman Hearing on **February 1, 2023** at 3:00 p.m. in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 19, 2022
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge