IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANOBEBE US INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-08444-(JLR)(BCM) |
| | ) |
| MAYBORN (UK) LIMITED, MAYBORN USA, INC., MAYBORN GROUP LIMITED, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL OF DEFENDANTS MAYBORN (UK) LIMITED, MAYBORN USA, INC. AND MAYBORN GROUP LTD. WITH PREJUDICE

The Court has before it the Agreed Motion of Dismissal of Defendants Mayborn (UK) Limited, Mayborn USA, Inc. and Mayborn Group Ltd. (collectively, "Defendants") With Prejudice. The Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that in the above-entitled cause, all claims made by Nanobebe US Inc. ("Plaintiff") against Defendants are hereby **DISMISSED** with prejudice to the re-filing of same.

**IT IS FURTHER ORDERED** that in the above-entitled cause, all claims made by Defendants against Plaintiff are hereby **DISMISSED** with prejudice to the re-filing of same.

**IT IS ORDERED** that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This is a Final Judgment.

**SO ORDERED:**

Dated: February 5, 2024
New York, New York

_Jennifer Rochon_
Hon. Jennifer L. Rochon, U.S.D.J.